IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RYAN PITTS**                                                                                **PLAINTIFF**

v.                               Case No.: 4:21-cv-00075-LPR

**FIRE EXTINGUISHER SALES &**
**SERVICES OF ARKANSAS, LLC,**
**and WALTER MYERS SIMPSON**                          **DEFENDANTS**


**FIRE EXTINGUISHER SALES &**
**SERVICES OF ARKANSAS, LLC**                          **COUNTER-CLAIMANT**

v.

**RYAN PITTS**                                          **COUNTER-DEFENDANT**

## ORDER FOR CIVIL CONTEMPT

For the reasons stated on the record at today's Show Cause Hearing, and under the Court's inherent authority, the Court finds that Mr. Pitts is in civil contempt of the Court's June 3, 2022 and July 14, 2022 Orders.[1] Mr. Pitts was personally served with both the June 3, 2022 Order and the July 14, 2022 Order.[2] Contrary to those Orders, Mr. Pitts has not turned over any devices associated with the May 13, 2022 and May 19, 2022 Google extractions (Takeouts). Mr. Pitts refuses to identify the Windows computer or computers from which he performed or attempted to perform the extractions. By clear and convincing evidence, the Court finds that Mr. Pitts knows which computer or computers he used, and that he could produce them if he so desired. Mr. Pitts will therefore be remanded into the custody of the U.S. Marshal (for incarceration) for two days.

---

[1] "A party commits contempt when he violates a definite and specific order of the court requiring him to perform or refrain from performing a particular act or acts with knowledge of the court's order." *In re Reed*, 888 F.3d 930, 936 (8th Cir. 2018) (quoting *Hornbeck Offshore Servs., L.L.C. v. Salazar*, 713 F.3d 787, 792 (5th Cir. 2013)).

[2] *See* June 16, 2022 Return of Service (Doc. 90); June 29, 2022 Return of Service (Doc. 91); Aug. 2, 2022 Return of Service (Doc. 100).

If, during the time Mr. Pitts is confined, he can produce the computer or computers at issue, Mr. Pitts will be released from custody. In any event, in two days, Mr. Pitts will be brought back before the Court by the U.S. Marshal to identify the Windows computer or computers he used to execute the Google Takeouts. He will also be requested, at that time, to allow access to those computers. If Mr. Pitts continues to fail to comply with the Court's Orders, he will be subject to further incarceration under the Court's civil-contempt power.

    Mr. Pitts holds the proverbial key to his cell. The Court directs the U.S. Marshal to provide Mr. Pitts with a copy of this Order.

    IT IS SO ORDERED this 8th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE